556

■

Charles TELFIAN, alias Joseph Talleng, alias Charles Young, alias Harry Longo, Appellant, v. UNITED STATES of America, Appellee.

No. 9636.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1944.

Charles Telfian, of Leavenworth, Kan., in pro. per.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause having been duly considered upon the full record, containing all documents called for by the praecipe of appellant, and upon the briefs filed by the appellant, to which reply was made by appellee by brief and also by oral argument upon the date set for hearing; and no merit being found in appellant's contentions, the order of the district court entered June 8, 1943, denying appellant's motion to vacate the judgment and sentence of January 3, 1933, is affirmed.

■

BOLIVIAN INTERNATIONAL MINING CORPORATION, Petitioner, v. Joseph D. NUNAN, Commissioner of Internal Revenue, Respondent.

No. 218.

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

John F. Condon, Jr., and Rogers & Condon, all of New York City (Hubert E. Rogers, of New York City, and William B. Pius, of Williston Park, N. Y., of counsel), for petitioner.

I. Henry Kutz, of Washington, D. C., Samuel O. Clark, Jr., Asst. Atty. Gen., and

Sewall Key and A. F. Prescott, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, 1 T.C. 1110.

■ °

P. DOUGHERTY COMPANY, as owner of the barge ANNAPOLIS, Libelant-Appellee, v. CITY OF NEW YORK, Respondent-Appellant.

No. 335.

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

Ignatius M. Wilkinson, Corp. Counsel, of New York City (Herbert B. Lee, of New York City, of counsel), for respondent-appellant.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for libelant-appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion below, 52 F. Supp. 397.